# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00240-CR

**Jamie Lawson, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 69841, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Jamie Lawson seeks to appeal a judgment of conviction for aggravated assault with a deadly weapon. *See* Tex. Penal Code Ann. § 22.02 (West 2011). The trial court has certified that: (1) this is a plea bargain case and Lawson has no right of appeal, and (2) Lawson waived the right of appeal. The appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed:   May 2, 2013

Do Not Publish